AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:22-MJ- 63-01-AJ
INFORMATION THAT IS STORED AT PREMISES )
CONTROLLED BY GOOGLE LLC, 1600 )
AMPHITHEATRE PKWY, MOUNTAIN VIEW, CA 94043 )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the **Northern** District of **California**
*(identify the person or describe the property to be searched and give its location)*:

Please see attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before **April 22, 2022** *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to **Hon. Andrea K. Johnstone** .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: **1:08 PM, Apr 8, 2022**
04/08/2022 ~~0:00 am~~

Judge's signature: *Andrea K. Johnstone*

City and state: Concord, New Hampshire        Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:22-MJ- 63-01-AJ | Date and time warrant executed:<br>April 8, 2022 at approximately 3:09PM | Copy of warrant and inventory left with:<br>Google Inc. |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

Google provided initial geofence data for the requested location and time frame on April 22, 2022. After an analysis of the initial geofence data provided by Google Inc., three Obfuscated ID's were requested from Google Inc. on April 22, 2022. The identification of the Obfuscated ID's was received from Google Inc. on April 25, 2022.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~NOTHING FURTHER~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 2, 2022

JOHN FORTE   Digitally signed by JOHN FORTE
Date: 2022.05.02 16:58:32 -04'00'

*Executing officer's signature*

John Forte - ATF Special Agent
*Printed name and title*

## ATTACHMENT A

### Property To Be Searched

This warrant is directed to Google LLC and applies to:

(1) Location History data, sourced from information including GPS data and information about visible wi-fi points and Bluetooth beacons transmitted from devices to Google, reflecting devices that Google calculated were or could have been (as indicated by margin of error, *i.e.,* "maps display radius") located within the geographical region bounded by the latitudinal and longitudinal coordinates, dates, and times below ("Initial Search Parameters"); and

(2) identifying information for Google Accounts associated with the responsive Location History data.

### Initial Search Parameters

<u>Search Parameter 1</u> – 18 Lamy Drive, unit #5, Goffstown, NH 03045

- Date: April 3, 2022

- Time Periods (including time zone):
  - 4:35 AM EST through 5:05 AM EST

- Target Location:   Geographical area identified as:



A polygon defined by the following latitude/longitude coordinates connected by straight lines:

Point 1: 42.998918, -71.525112

Point 2: 42.994979, -71.525756

Point 3: 42.994948, -71.520188

Point 4: 42.998502, -71.519383

## ATTACHMENT B

### Particular Items to Be Seized

**I.     Information to be disclosed by Google**

The information described in Attachment A, via the following process:

1. Google shall query location history data based on the Initial Search Parameters specified in Attachment A.  For each location point recorded within the Initial Search Parameters, and for each location point recorded outside the Initial Search Parameters where the margin of error (*i.e.*, "maps display radius") would permit the device to be located within the Initial Search Parameters, Google shall produce to the government information specifying the corresponding unique device ID, timestamp, location coordinates, display radius, and data source, if available (the "Device List").

2. The government shall review the Device List and identify to Google the devices about which it seeks to obtain Google account identifier and basic subscriber information.  The government may, at its discretion, identify a subset of the devices.

3. Google shall disclose to the government identifying information, as defined in 18 U.S.C. § 2703(c)(2), for the Google Accounts associated with each device ID appearing on the Device List about which the government inquires.

**II.     Information to Be Seized**

All information described above in Section I that constitutes evidence of violations of Title 18, United States Code, United States Code, Section 922(u), theft of a firearm(s) from a Federal firearms licensee.

**III.    Use of Consistent Cipher**

It is requested that in the case of multiple requested search parameters (locations) that Google Inc. apply the same cipher to each search parameter (location) to allow for a more educated comparison to ensure the proper analysis can be completed when the data from multiple locations is provided.